542

Submitted March 5, 1984.   Douglas M. Johnson, Assistant Public Defender, for appellant;  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence of the lower court is affirmed.

479 A.2d 1106

Commonwealth v. Smith, Appellant.

Submitted March 23, 1984.   Anthony Dedola, for appellant;  Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Order affirmed.

479 A.2d 1107

Commonwealth v. Smith, Appellant.

Submitted February 24, 1984.   Jay C. Smith, appellant, in propria persona; James R. Freeman, District Attorney, for Commonwealth, appellee.